**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Michael James SIMMONS,
Defendant-Appellant.**

**No. 46669.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 20, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 24, 1984.

Application to Transfer Denied
March 20, 1984.

Robert J. Maurer, Asst. Public Defender, Clayton, for defendant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, George R. Westfall, Pros. Atty., Clayton, for plaintiff-respondent.

## ORDER

PUDLOWSKI, Judge.

Defendant appeals from a jury conviction of second degree burglary, RSMo. § 569.-170 (1978), and stealing, RSMo. § 570.030 (1982 Supp.). The trial court sentenced defendant to ten years for burglary and a consecutive term of eight years for stealing. We affirm.

Defendant claims the trial court erred in overruling a motion to suppress evidence because of an alleged illegal search and seizure and erred in overruling a motion to suppress defendant's statement. Defendant also alleged errors by the court in submitting certain instructions and in overruling a motion for a new trial because of arguments by the prosecutor.

Lacking any jurisprudential purpose, the judgment is affirmed in accordance with Rule 30.25(b).

CRIST, P.J., and SIMON, J., concur.